IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:16-CV-373-BR

EUGENE SMITH,
    Plaintiff,

v.

ISLAMIC REPUBLIC OF IRAN,
    Defendant.

ORDER

This matter is before the court on plaintiff's motion for summary judgment, (DE # 6), and the 11 May 2017 memorandum and recommendation ("M&R") of U.S. Magistrate Judge Robert B. Jones, Jr., (DE # 7). Plaintiff has not filed an objection to the M&R. The court adopts the M&R as its own, and for the reasons stated therein, plaintiff's complaint is DISMISSED WITHOUT PREJUDICE. Plaintiff's motion for summary judgment is DENIED as moot. The Clerk is DIRECTED to enter judgment and close this case.

This 7 June 2017.

_____
W. Earl Britt
Senior U.S. District Judge