UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| Eugene Smith, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| Islamic Republic of Iran, ) | |
| ) | 7:16-CV-373-BR |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that the court adopts the M&R as its own, and for the reasons stated therein, plaintiff's complaint is DISMISSED WITHOUT PREJUDICE. Plaintiff's motion for summary judgment is DENIED as moot.

This case is closed.

**This judgment filed and entered on June 7, 2017, and served on:**

Eugene Smith (via US Mail at 190 Douglas Street, Lumberton, NC 28358)

June 7, 2017

PETER A. MOORE, JR., CLERK

_____
By: Deputy Clerk